**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 08, 2021
Nathan Ochsner, Clerk

In Re: Trevor Patrick Cole

**Debtor(s)**

Case No.: 21–31857

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 9/8/21

_____
Jeffrey P. Norman
United States Bankruptcy Judge